Filed 8/18/15  P. v. Henderson CA2/4

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FIRST APPELLATE DISTRICT

DIVISION FOUR

| | |
|---|---|
| THE PEOPLE,<br><br>        Plaintiff and Respondent,<br><br>v.<br><br>LAMOND S. HENDERSON,<br><br>        Defendant and Appellant. | A144986<br><br>(Solano County<br>Super. Ct. No. FCR184601) |

Lamond S. Henderson appeals from an order denying his Proposition 47 petition for resentencing (Pen. Code, § 1170.18, subd. (a)).  His counsel raises no issues and asks this court for an independent review of the record to determine whether there are any arguable issues.  (*People v. Wende* (1979) 25 Cal.3d 436.)  Defendant was apprised of his right to file a supplemental brief, but did not do so.

On August 3, 2000, defendant pled no contest to one count of felony first degree burglary (Pen. Code, § 459).  The court sentenced defendant to the low term of two years in state prison.

On January 15, 2015, defendant petitioned to reduce the felony burglary offense to a misdemeanor under Proposition 47, reasoning that the value of property that was the subject of the burglary was less than $950, and thus the offense was akin to a misdemeanor petty theft offense.  The trial court denied the petition, finding that defendant's burglary offense is not one of the enumerated crimes subject to reduction by Proposition 47 (Pen. Code, § 1170.18, subd. (a)).

The trial court properly denied the petition. This court has reviewed the entire record and there are no meritorious issues to be argued.

The order is affirmed.

_____
Rivera, J.

We concur:

_____
Reardon, Acting P.J.

_____
Streeter, J.